

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

WAGGONER CARR
ATTORNEY GENERAL

January 27, 1965

Mr. Horace T. Barron, President
State Board of Veterinary Medical
  Examiners
Capital National Bank Building
Austin, Texas

Opinion No. C-384

Re: Whether certain enumerated
procedures constitute the
practice of veterinary
medicine.

Dear Mr. Barron:

You have requested an opinion of this office as to whether:

"(1)  The performance of pregnancy examinations in female animals, if done by one unlicensed to practice veterinary medicine in the State of Texas, is the practice of veterinary medicine to the extent that the sanctions provided in the Veterinary Medical Act are applicable.

"(2)  . . .the performance of fertility examinations of male animals for breeding soundness, if done by one unlicensed by the Board of Veterinary Medical Examiners, is the practice of veterinary medicine under the applicable Act and whether or not a person making such a determination must be licensed by this Board."

Article 7465a, Section 2(b) of Vernon's Civil Statutes, reads in part as follows:

"Any person shall be deemed in the 'Practice of Veterinary Medicine'. . .who diagnoses, treats, immunizes or prescribes any drug, medicine, application or veterinary appliance for any physical ailment,

-1818-

> injury, deformity, <u>or condition of domestic</u>
> <u>animals for compensation.</u>
>
> ". . ." (Emphasis added)

Construction of a license law demands that legislative intent be ascertained and given effect where possible. Every part of the Act should be considered so as to harmonize all parts and give sensible effect to each. Also, a license law will be given a reasonable construction so as to advance the remedies sought by legislative enactment. <u>State v. Pioneer Oil</u> <u>& Refining Co.</u>, 292 S.W. 869 (Comm.App. 1927).

In order that the activities in question be adequately performed, technical knowledge of anatomy, symptoms of disease and biological problems of reproducing organs of animals is required for protection of owners as well as the public. It is our opinion that these activities are the diagnosing of conditions of domestic animals within the meaning of Article 7465a, Section 2(b) and not an "operation in aid of the birth process in large animals" as set forth in Section 3 (3).

## S U M M A R Y

The performance of pregnancy examinations of female animals for compensation, if done by one unlicensed to practice veterinary medicine in the State of Texas, is the practice of veterinary medicine to the extent that sanctions provided in the Veterinary Medical Act are applicable.

The performance of fertility examinations of male animals for breeding soundness, for compensation, if done by one unlicensed by the Board of Veterinary Medical Examiners is the practice of veterinary medicine, and a person making such a determination must be licensed by the Board, as provided by Section 4 of Article 7465a, Vernon's Civil Statutes.

Very truly yours,

WAGGONER CARR
Attorney General

By: Gordon Houser

Gordon Houser
Assistant

GH:clg:mkh

Mr. Horace T. Barron, page 3 (C-384)

APPROVED:
OPINION COMMITTEE

W. V. Geppert, Chairman
John Reeves
Roger Tyler
Arthur Sandlin
Malcolm Quick

APPROVED FOR THE ATTORNEY GENERAL
BY:  Stanton Stone